# IN THE SUPREME COURT OF THE STATE OF NEVADA

RONALD DENNIS FERLINGERE,
                    Appellant,
          vs.
GRACIELA PINTO,
                    Respondent.

No. 70035

FILED

MAY 0 3 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
   DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying an "Object to Order of Dismissal." Second Judicial District Court, Washoe County; Lidia Stiglich, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an "object to order of dismissal." To the extent an "object to order of dismissal" could be construed as a motion for reconsideration, this court also lacks jurisdiction to consider an appeal from an order denying reconsideration. *See Arnold v. Kip*, 123 Nev. 410, 417, 168 P.3d 1050, 1054 (2007); *Alvis v. State, Gaming Control Bd.*, 99 Nev. 184, 660 P.2d 980 (1983), *disapproved of on*

16-13876

*other grounds by* AA Primo Builders v. Washington, 126 Nev. 578, 245 P.3d 1190 (2010). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc: Hon. Lidia Stiglich, District Judge
Ronald Dennis Ferlingere
John Lee Carrico, Jr.
Washoe District Court Clerk